UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF THE PLUMBERS AND            :
STEAMFITTERS LOCAL 21 ZONE 1            :
PENSION FUND V. P E CONTROL             :
SERVICES LTD,                           :      **ORDER**
              Plaintiff,       :
v.                                      :      20 CV 2091 (VB)
                                        :
P E CONTROL SERVICES LTD,               :
              Defendant.       :
--------------------------------------------------------------x

      On March 9, 2020, plaintiff Trustees of the Plumbers and Steamfitters Local 21 Zone 1 Pension Fund commenced the instant action against defendant P E Control Services LTD ("P E Control"). (Doc. #1).

      On May 29, 2020, plaintiff docketed a proof of service indicating service on defendant on May 21, 2020. (Doc. #7). Accordingly, P E Control had until June 11, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendant has not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by July 22, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by August 5, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: July 15, 2020
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge