UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   20-CV-2091
TRUSTEES OF THE PLUMBERS & STEAMFITTERS'
LOCAL 21 ZONE 1 PENSION FUND,

                                          Plaintiff(s),

**DEFAULT JUDGMENT**

        - against -

P.E. CONTROL SERVICES, LTD.,

                                          Defendant(s),
------------------------------------------------------------------X

       This action having been commenced on March 9, 2020 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, P.E. Control Services, LTD., on May 21, 2020 and a proof of service having been filed on May 29, 2020 and the Court further extended the defendant's time to answer to October 1, 2020. The defendant not having appeared answered or otherwise moved with respect to the Complaint, and the time for appearing, answering or otherwise moving having expired, it is,

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $462,342.90 which includes the pension withdrawal liability in the principal amount of $427,572.00; interest of $32,067.90; reasonable attorney fees in the amount of $2,000 plus costs and disbursements of this action amounting to $703.00.

       ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

11/23/20     So Ordered: _____
             Honorable Vincent L. Briccetti U.S.D.J.

             This document was entered on the docket on _____

             Judgment Entered: _____